**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 3, 2023**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-23-00490-CV

---

### NEORHINO LLC AND RHYNOTEL LLC, Appellants

### V.

### ELITE SAMURAI GROUP, LLC, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2022-83228**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 15, 2023. On September 18, 2023, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.